UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 14-198 PJS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INFORMATION** |
| | ) (18 U.S.C. § 2) |
| Plaintiff, | ) (18 U.S.C. § 1001) |
| | ) |
| v. | ) |
| | ) |
| JEFFERY JOHN PLZAK, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
(False Statements)

On or about September 24, 2010, in the State and District of Minnesota, the defendant,

**JEFFREY JOHN PLZAK,**

knowingly and willfully made and caused to be made a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the United States Department of Transportation - Federal Highway Administration ("USDOT–FHA"), an agency within the executive branch of the United States government, to-wit the defendant caused to be falsely represented to USDOT-FHA that employees of Honda Electric, Inc. were being paid prevailing wage rates for their work on a federally-funded

SCANNED
JUN 17 2014
U.S. DISTRICT COURT MPLS

transportation project in Ramsey County, Minnesota, when in fact defendant knew they were not, all in violation of Title 18, United States Code, Section 1001 and 2.

Dated: June 17, 2014

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*[signature]*

BY: DAVID M. GENRICH
Assistant U.S. Attorney